UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-61349-CIV-JORDAN

| | |
|---|---|
| JOHN HENRY MINNIS | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| VALU AUTO GROUP, INC. | ) ) |
| Defendant | ) ) |
| _____ | ) |

**ORDER REQUIRING STIPULATION OF DISMISSAL**

The Court, being advised that the parties have reached a settlement agreement, orders the parties to file a stipulation of dismissal by no later than July 25, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of July, 2008.

_____
Adalberto Jordán
United States District Judge

Copy to:    All counsel of record
            Magistrate Judge McAliley